

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Leah S. Washington, Appellant | Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 14-0413A). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |
| No. 06-16-00007-CV        v. | |
| Michael Blow, Appellee | |

CV

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Leah S. Washington, pay all costs of this appeal.

RENDERED AUGUST 12, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk